Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Annie Kechichian

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANNIE KECHICHIAN (SSN XXX-XX-3640),<br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br>    Defendant. | Case No.: 15-00905-RAO<br><br>ORDER FOR AWARD OF EAJA FEES |

1  Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
2      **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act
3  ("EAJA") are awarded in the amount of **THREE THOUSAND NINE**
4  **HUNDRED AND TWENTY SIX DOLLARS** ($3,926.00) as authorized by 28
5  U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

8  DATED: January  5 , 2016

*/s/ Rozella A. Oliver*
_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE